1

**PINNOCK & WAKEFIELD**
Michelle L. Wakefield, Esq.    Bar #:   200424

2

David C. Wakefield, Esq.       Bar #:  185736
3033 Fifth Avenue, Suite 410

3

San Diego, CA  92103
Telephone: (619) 858-3671

4

Facsimile: (619) 858-3646

5

Attorneys for Plaintiffs

FILED

2006 DEC 19  AM 10: 59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____RM_____DEPUTY

6

7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

10  2150 SIGOURNEY JOSSIAH - FRANCIS
LEE ASSOCIATION, SUING ON BEHALF

11  OF THEODORE A. PINNOCK AND ITS
MEMBERS; and THEODORE A. PINNOCK,

12  An Individual,

13

Plaintiffs,

14

15       v.

16  SHAHIN TOOMANI d.b.a. T'S CAFÉ;
BUTTONWOOD INVESTMENT GROUP,

17  L.P.; And DOES 1 THROUGH 10,
Inclusive

18

19

Defendants.

20

21

Case No.: 06cv1867 BEN (AJB)

[PROPOSED] ORDER GRANTING
MOTION FOR VOLUNTARY DISMISSAL
AND DISMISSAL WITH PREJUDICE OF
ALL DEFENDANTS AND PLAINTIFFS'
COMPLAINT.

[Fed.R.Civ.P. Rule 41(a)(2)]

22  ///
///

23  ///
///

24  ///
///

25  ///
///

26  ///
///

27  ///
///

28

Case Number: 06cv1867 BEN (AJB)

1    **IT IS HEREBY ORDERED** that ALL DEFENDANTS are dismissed with

2    prejudice from Plaintiffs' Complaint, Case Number: 06cv1867 BEN

3    (AJB). Additionally, Plaintiffs' Civil Complaint is dismissed in

4    its entirety.

5

6    IT IS SO ORDERED.

7

8    Dated: 12/18/06

9                                    HONORABLE ROGER T. BENITEZ
                                     U.S. DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     Case Number: 06cv1867 BEN (AJB)